**SQUIRE PATTON BOGGS (US) LLP**
Matthew R. Rogers (SBN 128215)
matthew.rogers@squirepb.com
Vivian Martin (SBN 323036)
vivian.martin@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone: +1 213 689 5155
Facsimile: +1 213 623 4581

Attorneys for Defendant
Mercedes-Benz USA, LLC

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAITLIN SCHRAGE, an individual;<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, DAIMLER AG, and DOES 1 through 50,<br><br>Defendants. | Case No. 2:20-cv-06939-RGK-JC<br><br>[~~PROPOSED~~] **ORDER RE STIPULATED DISMISSAL OF ENTIRE ACTION** |

The Court has reviewed the Parties' Stipulated Dismissal of Entire Action ("Stipulation"), and **IT IS HEREBY ORDERED** that, pursuant to that Stipulation, by and between the parties to this action, by and through their counsel of record, that the entire action hereby is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: July 14, 2021

*/s/ Gary Klausner*
_____
Hon. R. Gary Klausner
United States District Judge